UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. 1:24-cr-00100-ACR-1 |
| | * | |
| NATALIE BEYELER, | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE

Brian Heady, of the Law Office of Brian Heady, Inc., hereby submits this Notice of Appearance on behalf of the Defendant, Natalie Beyeler.

        Respectfully submitted,

        /s/ *Brian Heady*
        Brian Heady
        Alaska Bar No. 0709051
        205 East Benson Blvd.
        Anchorage, Alaska 99503
        907-868-1932
        bheady@headylawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and order was filed electronically using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

This 16th day of May 2024

        /s/*Brian Heady*
        Brian Heady