UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Case No. 1:24-cr-00100-ACR-1 |
| | * |
| NATALIE BEYELER, | * |
| | * |
| Defendant. | * |

**Notice of Filing Second Supplement to Defendant's Sentencing Memorandum**

Brian Heady, of the Law Office of Brian Heady, Inc., hereby submits this Notice of Filing Second Supplement to Defendant's Sentencing Memorandum. The supplement, attached as Exhibit A, contains additional letters in support of Natalie Beyeler.

Respectfully submitted,

/s/ *Brian Heady*
Brian Heady
Alaska Bar No. 0709051
205 East Benson Blvd.
Anchorage, Alaska 99503
907-868-1932
bheady@headylawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was filed electronically using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

This 23rd day of November 2024

/s/*Brian Heady*
Brian Heady

1