UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *    Case No. 1:24-cr-00100-ACR-1 |
| | * |
| NATALIE BEYELER, | * |
| | * |
| Defendant. | * |

**Exhibit A to Notice of Filing Second Supplement to Defendant's Sentencing Memorandum**

Brian Heady, of the Law Office of Brian Heady, Inc., hereby submits this Exhibit A to Notice of Filing Second Supplement to Defendant's Sentencing Memorandum

Respectfully submitted,

/s/ *Brian Heady*
Brian Heady
Alaska Bar No. 0709051
205 East Benson Blvd.
Anchorage, Alaska 99503
907-868-1932
bheady@headylawoffice.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

This 23rd day of November 2024

/s/*Brian Heady*
Brian Heady

1

 Gmail						Brian Heady <bheady@headylawoffice.com>

## Letter for Dr. Natalie Beyeler
1 message

**ACE Lending Closet** <						Thu, Nov 21, 2024 at 8:51 AM
To: "bheady@headylawoffice.com" <bheady@headylawoffice.com>

Dear Honorable Judge Reyes,

I am writing on behalf of Dr. Beyeler, who is a valuable asset to our community. As someone who works closely with patients and families in the area, I have spoken with many individuals who are deeply concerned about their continued access to her care should she face incarceration.

Dr. Beyeler's contributions extend far beyond her professional responsibilities. She is actively involved in community service, offering her time and expertise to support children and families at Presbyterian Hospitality House and providing assistance to ACE Lending Closet, which helps individuals in need access critical medical supplies and equipment.

If the Court determines that Dr. Beyeler requires punishment, I respectfully urge consideration of alternatives to incarceration. There are numerous organizations in the Palmer and Wasilla areas that could greatly benefit from her skills and compassion. Her continued service in the community would make a profound difference to those who depend on her.

Thank you for your time and thoughtful consideration.

Sincerely,

Tina Campbell
Director, ACE Lending Closet (Austin's Compassion Exchange)

Phone:

LAW OFFICE OF JENNIFER MESSICK

Honorable Ana Reyes
United States District Judge
District of Columbia

November 20, 2024

Dear Judge Reyes

I am writing to you regarding the sentencing of Dr. Natalie Beyeler. I have known Natalie both personally and professionally for over 30 years. In addition to possessing superior medical knowledge, her strong work ethic and dedication to clients and our community is unsurpassed. She tends to patients not only in her office but at the local hospital, Mat Su Regional Medical Center, often starting her day before 6am and ending well after midnight. The persistent joke is everyone wonders when Dr. Beyeler sleeps.

Dr. Beyeler's compassion extends even to those under the care of other physicians. Dr. Beyeler has been known to share a New Year's Eve celebration at the hospital with another doctor's patient simply because she didn't want the person to usher in the New Year alone. And in an era where most doctors spend 15 minutes with a patient for a checkup, Dr. Beyeler spends 1-2 hours.

Dr. Beyeler brings more than just medical knowledge and expertise to the community she serves. In addition to all of her professional duties, she finds time to volunteer with Presbyterian Hospitality House, which is a community-based alternative to institutional or juvenile detention placement, serving mainly minority youth. She also volunteers at ACE Community Closet, a local lending closet that serves minority and underprivileged citizens. On a more personal level, she is also a loving and dedicated foster parent and generously uses her own horses to help Alaska Native children at "fish camp" where she provides informal therapy.

In short, Natalie Beyeler is one of the best people I know.

I have been practicing law in Alaska for almost 20 years, as a criminal prosecutor and mixed civil and criminal private practice. Before that, I that volunteered with the United Nations at the International Criminal Tribunal for Rwanda, working to hold accountable those who participated in the genocide in Rwanda in the early 1990s. I believe in being tough in order to protect society, however, there are times when not convicting or sending someone to jail is exactly what is needed in order to achieve specific and general deterrence, and affirmation of societal norms.

In deciding what sentence is appropriate, please consider the level of service Dr. Beyeler already provides, both paid and unpaid. Incarceration, even house arrest, for any length of time would not

only negatively impact many of her clients but it would also affect those she serves as a volunteer. In other words, she already serves her community in ways that matter and if she is prohibited from continuing to do so, we all suffer.

Her sentence has already been handed down: she suffers public and professional humiliation, and public condemnation just by being convicted. I ask that you consider that she has been punished adequately already and that there is no need for further imposition.

If I can be of further assistance, please reach out at anytime

Jennifer Messick,

 Gmail            Brian Heady &lt;bheady@headylawoffice.com&gt;

# Dr Natalie Beyeler
1 message

---

**Jody Ashburn**                                        Wed, Nov 20, 2024 at 9:32 AM
To: "bheady@headylawoffice.com" &lt;bheady@headylawoffice.com&gt;

Hello,

I am writing this letter in support of Dr Natalie Beyeler. She has been our doctor for several years and is a very accomplished physician. Dr Beyeler saved my husband's life on more than one occasion with her expert care and knowledge of the medical field.

Dr Beyeler is a valuable asset to our community and I have spoken with many patients who are concerned about their access to medical care is she is incarcerated. If it is found that she needs to be punished, there are several opportunities here in the Palmer-Wasilla area who would benefit from her services. Dr Beyeler already does community service at the Presbyterian Hospitality House for Children & Families as well as at the ACE Community closet.

Sincerely,




Note: The information contained in this message is **confidential**. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, do not distribute or copy this communication. If you have received this communication in error, please notify us immediately by replying to the sender. Thank you for your cooperation!

 Gmail

Brian Heady <bheady@headylawoffice.com>

## Dr Natalie Beyeler
1 message

**Frank Kish** <​​​​​​​​>  Tue, Nov 19, 2024 at 10:42 PM
Reply-To:
To: "bheady@headylawoffice.com" <bheady@headylawoffice.com>

Honorable A. C. Reyes,

I am writing on behalf of Dr Natalie Beyeler whom I have known both personally and professionally for 25 years. Dr Beyeler is a very respected and needed member of our community. She will see patients no matter their insurance or ability to pay. Dr Beyeler is one if the few providers that still accepts Medicare and VA patients. She is also one of the few providers that still makes house calls no matter the time of day. She cares deeply for her patients. Dr Beyeler made a promise to God when she was in the Army going through medical school. She promised that she would never practice medicine for the money, she kept true to her promise. She practices medicine because of the love she has in her heart for people. Our community cannot afford to lose this remarkable doctor. She gives back with her heart and soul. I hope and pray you look at Dr Beyeler through the eyes of our small community, as an asset! She loves us as much as we love her. Please take my plea into consideration when making your decision.

Thank you. Respectfully,

Lisa Kish

Yahoo Mail: Search, Organize, Conquer

 Gmail                                     Brian Heady <bheady@headylawoffice.com>

# Natalie Beyeler
1 message

**Russ Elliott** <                                            Tue, Nov 19, 2024 at 9:31 PM
To: bheady@headylawoffice.com

I am writing this email in support of Dr Natalie Beyeler. Dr Beyeler has been a significant factor in my positive path of good health. During the Covid outbreak, she provide me exceptional care for me. I was a new patient with her at the time and she provided me care as you would expect if I were a long time client. I was very sick and I attribute my recovery directly to her intervention. Later she had me take a battery of lab tests. These lead her to refer me to a cardiologist. Within10 day of the referral, I receive a cardiac procedure and has two stents placed. The cardiologist advised me that I was at severe risk of cardiac arrest without the procedure. In both the Covid bout and the cardiac situation, I was at risk of loss of life without her excellent care.

In addition to my care, Dr Beyeler, has taken on care of my 87 year old mother. She had provided her a level of care beyond what I would have expected for a Medicare patient.

The health of my mother and I could be adversely affected if Dr Beyeler were not available to provide care for us.

Russell R Elliott


Sent from Yahoo Mail for iPhone

 Gmail  Brian Heady <bheady@headylawoffice.com>

# Dr Natalie Beyeler
1 message

**Liz Lebahn** <  Tue, Nov 19, 2024 at 11:23 AM
To: "bheady@headylawoffice.com" <bheady@headylawoffice.com>

Attn: The Honorable Ana C. Reyes

Good afternoon. I am writing this letter on behalf of Dr Natalie Beyeler who is my personal physician. She has been my physician for the last three years and I have found her to be a very thorough and a very knowledgeable physician. It was through her exemplary care that we found a tumor that was subsequently removed and now I am cancer free. She has always been one that cares for her patients and does her best in her practice. She is a valuable asset to our community.

Sincerely,
Elizabeth Lebahn
Sent from my iPhone

 **Brian Heady <bheady@headylawoffice.com>**

## Support Letter for Dr Beyeler
1 message

**Roger Vallely**  Tue, Nov 19, 2024 at 8:53 AM
To: "bheady@headylawoffice.com" <bheady@headylawoffice.com>

To the Honorable Ana C Reyes,

I have been a patient of Dr Beyeler for 14 years and have known her as a caring, professional and brilliant Dr who has kept me alive and functioning when I wasn't sure if I would see another day. I have spent time in her waiting room talking with other patients and there is a real concern for the limited possibilities of care in our community if Dr Beyeler was not here to provide services. We've talked about her community service that she already does at the Presbyterian Hospital house for Children and families. To remove her from the community by incarceration would be a miscarriage of justice in my opinion. I hope you can see the value she brings to the community and find an alternative punishment.

Sincerely,

Roger Vallely

